**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (*if known*) _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Jersey Auto Trans LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-1327439 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 69 Greentree Road <br> Clifton, NJ 07013 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Passaic <br> County | **Location of principal assets, if different from principal place of business** <br> 69 Greentree Road Clifton, NJ 07013 <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.jattruck.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    Jersey Auto Trans LLC                                               Case number (if known) _____
            Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor    See Attachment

Debtor    Jersey Auto Trans LLC                                          Case number (if known) _____
         Name

**11. Why is the case filed in this district?**    Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention? (Check all that apply.)**

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000            ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000            ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Debtor | Jersey Auto Trans LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 11, 2026
                       MM / DD / YYYY

**X** /s/ Ali Tatarkulov                                      Ali Tatarkulov
Signature of authorized representative of debtor              Printed name

Title    Member

**18. Signature of attorney**

**X** /s/ Brian G Hannon                              Date    February 11, 2026
Signature of attorney for debtor                              MM / DD / YYYY

Brian G Hannon
Printed name

Norgaard OBoyle Hannon
Firm name

184 Grand Avenue
Englewood, NJ 07631
Number, Street, City, State & ZIP Code

Contact phone    (201) 871-1333    Email address    bhannon@norgaardfirm.com

BG-3645 NJ
Bar number and State

Debtor    Jersey Auto Trans LLC                                          Case number (*if known*) _____
          _____
          Name

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (*if known*) _____    Chapter ___11___

☐ Check if this is an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | Anara Bayramukova | Relationship to you | business partner |
| District | New Jersey | When | Case number, if known | |
| Debtor | Jersey Auto Trans LLC | Relationship to you | Member |
| District | New Jersey | When | Case number, if known | |

---

**Fill in this information to identify the case:**

Debtor name    Jersey Auto Trans LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 11, 2026     **X** /s/   Ali Tatarkulov
                                 Signature of individual signing on behalf of debtor

                                   Ali Tatarkulov
                                   Printed name

                                   Member
                                   Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Jersey Auto Trans LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY, NEWARK DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BMO Harris PO Box 3040 Cedar Rapids, IA 52406 | | 2023 Volvo Truck 4V4NC9EH6PN319 050556,411 milesUnit 112 | | $97,101.50 | $45,000.00 | $52,101.50 |
| BMO Harris PO Box 3040 Cedar Rapids, IA 52406 | | 2022 Volvo Truck 4V4NC9EJ8NN319 079519,295 milesUnit 111 | | $89,709.86 | $32,000.00 | $57,709.86 |
| De Lage Landen Financial Services 1111 Old Eagle School Road Wayne, PA 19087 | | 2024 Volvo Truck 4V4NC9EJ8RN634 907364,676 milesUnit 121 | | $153,427.48 | $65,000.00 | $88,427.48 |
| De Lage Landen Financial Services 1111 Old Eagle School Road Wayne, PA 19087 | | 2023 Volvo Truck 4V4NC9EJ1PN628 217410,880 milesUnit 120 | | $147,603.73 | $58,000.00 | $89,603.73 |
| De Lage Landen Financial Services 1111 Old Eagle School Road Wayne, PA 19087 | | 2023 Volvo Truck 4V4NC9EJXPN625 090414,089 milesUnit 118 | | $141,609.33 | $50,000.00 | $91,609.33 |
| De Lage Landen Financial Services, Inc. 1111 Old Eagle School Rd Wayne, PA 19087 | | 2024 Volvo Truck 4V4NC9EJ6RN645 856266,837 milesUnit 124 | | $191,050.33 | $75,000.00 | $116,050.33 |
| De Lage Landen Financial Services, Inc. 1111 Old Eagle School Road Wayne, PA 19087 | | 2023 Great Dane Trailer 1GR1A0626PW436 06611,030 mhUnit 53112 | | $71,782.25 | $32,000.00 | $39,782.25 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Jersey Auto Trans LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| De Lage Landen Financial Services, Inc. 1111 Old Eagle School Rd Wayne, PA 19087-1453 | | 2024 Volvo Truck 4V4NC9EJ8RN645 857296,948 milesUnit 125 | | $191,050.32 | $72,000.00 | $119,050.32 |
| De Lage Landen Fnancial Services, Inc. 1111 Old Eagle School Rd Wayne, PA 19087-1453 | | 2024 Volvo Truck 4V4NC9EJ1RN634 909411,424 milesUnit 123 | | $153,427.50 | $62,000.00 | $91,427.50 |
| De Lage Landen Fnancial Services, Inc. 1111 Old Eagle School Rd Wayne, PA 19087-1453 | | 2024 Volvo Truck 4V4NC9EJXRN634 908386,631 milesUnit 122 | | $153,427.49 | $63,000.00 | $90,427.49 |
| De Lage Landen Fnancial Services, Inc. 1111 Old Eagle School Rd Wayne, PA 19087-1453 | | 2023 Volvo Truck #4V4NC9EJ1PN62 5091401,349 milesUnit 119 | | $141,603.33 | $52,000.00 | $89,603.33 |
| De Lage Landen Fnancial Services, Inc. 1111 Old Eagle School Rd Wayne, PA 19087-1453 | | 2023 Great Dane Trailer 1GR1A0628PW436 06710,258 mhUnit 53113 | | $71,782.24 | $33,000.00 | $38,782.24 |
| Financial Pacific 3455 S. 344th Way #300 Auburn, WA 98001 | | 2023 Wabash Nation Corp Trailer 1JJV532B2PL3175 929,874 mhUnit 53114 | | $60,785.64 | $33,000.00 | $27,785.64 |
| First Citizens Bank 10201 Centurion Parkway N Jacksonville, FL 32256 | | 2023 Volvo Truck 4V4NC9EH3PN319 054527,890 milesUnit 113 | | $91,306.18 | $38,000.00 | $53,306.18 |
| Gulf Coast Bank & Trust Company 200 St. Charles Ave New Orleans, LA 70130 | | 2023 Utility Trailer 1UYVS2531P6793 8039,048 mhUnit 53117 | | $78,240.10 | $34,000.00 | $44,240.10 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Jersey Auto Trans LLC | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Gulf Coast Bank & Trust Company 200 St. Charles Ave New Orleans, LA 70130 | | 2023 Great Dane Trailer 1GR1A062XPW43 60689,993 mhUnit 53111 | | $68,001.52 | $33,000.00 | $35,001.52 |
| Gulf Coast Bank & Trust Company 200 St. Charles AVe New Orleans, LA 70130 | | 2023 Wabash Nation Corp Trailer 1JJV532B0PL3175 9110,657 mhUnit 53107 | | $65,736.67 | $30,000.00 | $35,736.67 |
| PNC Bank 500 First Ave Pittsburgh, PA 15219 | | Line of Credit | | | | $88,384.22 |
| Trans Lease Inc 1400 W 62nd Ave Denver, CO 80221 | | 2021 Volvo Truck 4V4NC9EH2MN27 1929679,692 milesUnit 114 | | $77,777.15 | $22,000.00 | $55,777.15 |
| Trans Lease, Inc. 1400 W 62nd Ave Denver, CO 80221 | | 2021 Volvo Truck 4V4NC9EH9MN23 6529703,456 milesUnit 115 | | $77,777.15 | $22,000.00 | $55,777.15 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Jersey Auto Trans LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $        0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................ $     1,386,158.62

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $     1,386,158.62

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     2,559,566.28

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................. $     17,000.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     122,818.01

4.   **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b          $     2,699,384.29

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Jersey Auto Trans LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY, NEWARK DIVISION___

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PNC Bank | Checking | 9375 | $300.00 |
| 3.2. | TD Bank | Checking | 6367 | $781.00 |
| 3.3. | TD Bank | Checking | 8146 | $3,800.00 |
| 3.4. | TD Bank | Savings | 4155 | $32.62 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.** | | $4,913.62 |
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor    Jersey Auto Trans LLC
_____    Case number *(If known)* _____
Name

Description, including name of holder of deposit

7.1.  Deposit w/Landlord for parking _____    $25,000.00

7.2.  Deposit with Insurance Company for vehicles _____    $80,000.00

7.3.  Deposit with Landlord for office _____    $3,250.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    | $108,250.00 |

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    _____26,000.00_____  -  _____0.00_____  = ....    $26,000.00
face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.    | $26,000.00 |

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor    Jersey Auto Trans LLC _____    Case number *(If known)* _____
          <sub>Name</sub>

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** Repurposed steel shipping container modified into a portable work space | $0.00 | | $5,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Misc. Office Equipment | $0.00 | | $1,995.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**
       Add lines 39 through 42.    Copy the total to line 86.

| | $6,995.00 |
|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☒ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.   Go to Part 9.
   ☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2017 MAC Truck Vin#1M1AW02Y2HM083909 389,374 miles Unit 001 | $0.00 | | $15,000.00 |
| 47.2. | 2018 Volvo Truck #4V4NC9EH9JN888465 820,543 miles Unit 108 | $0.00 | | $10,000.00 |
| 47.3. | 2022 Volvo Truck 4V4NC9EJ8NN319079 519,295 miles Unit 111 | $0.00 | | $32,000.00 |
| 47.4. | 2018 Volvo Truck 4V4NC9EH6JN885698 710,186 miles Unit 110 | $0.00 | | $11,500.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Jersey Auto Trans LLC _____    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.5. | 2023 Volvo Truck 4V4NC9EH6PN319050<br>556,411 miles<br>Unit 112 | $0.00 | $45,000.00 |
| 47.6. | 2023 Volvo Truck 4V4NC9EH3PN319054<br>527,890 miles<br>Unit 113 | $0.00 | $38,000.00 |
| 47.7. | 2021 Volvo Truck 4V4NC9EH2MN271929<br>679,692 miles<br>Unit 114 | $0.00 | $22,000.00 |
| 47.8. | 2021 Volvo Truck 4V4NC9EH9MN236529<br>703,456 miles<br>Unit 115 | $0.00 | $22,000.00 |
| 47.9. | 2022 Volvo 4V4NC9EH0NN287631<br>634,233 miles<br>Unit 116 | $0.00 | $24,500.00 |
| 47.10. | 2023 Volvo Truck 4V4NC9EJXPN625090<br>414,089 miles<br>Unit 118 | $0.00 | $50,000.00 |
| 47.11. | 2023 Volvo Truck 4V4NC9EJ1PN628217<br>410,880 miles<br>Unit 120 | $0.00 | $58,000.00 |
| 47.12. | 2024 Volvo Truck 4V4NC9EJ8RN634907<br>364,676 miles<br>Unit 121 | $0.00 | $65,000.00 |
| 47.13. | 2024 Volvo Truck 4V4NC9EJXRN634908<br>386,631 miles<br>Unit 122 | $0.00 | $63,000.00 |
| 47.14. | 2024 Volvo Truck 4V4NC9EJ1RN634909<br>411,424 miles<br>Unit 123 | $0.00 | $62,000.00 |
| 47.15. | 2024 Volvo Truck 4V4NC9EJ6RN645856<br>266,837 miles<br>Unit 124 | $0.00 | $75,000.00 |
| 47.16. | 2024 Volvo Truck 4V4NC9EJ8RN645857<br>296,948 miles<br>Unit 125 | $0.00 | $72,000.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | Jersey Auto Trans LLC | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | |
|---|---|---|---|---|
| 47.17 · | 2016 Wabash Nation Corp Trailer<br>1JJV532B2GL924513<br>5,347 mh<br>Unit 4513 | | $0.00 | | $5,000.00 |
| 47.18 · | 2016 Wabash Nation Corp. Trailer<br>1JJV532 BXGL924520<br>10,676 mh<br>Unit 4520 | | $0.00 | | $7,500.00 |
| 47.19 · | 2016 Wabash Nation Corp. Trailer<br>1JJV532B6GL955120<br>2,654 mh<br>Unit 5120 | | $0.00 | | $9,000.00 |
| 47.20 · | 2016 Wabash Nation Corp Trailer<br>1JJV532B9GL955127 10,696 mh<br>Unit 5127 | | $0.00 | | $3,000.00 |
| 47.21 · | 2022 Utility Trailer 1UYVS2538N6694215<br>13,590 mh<br>Unit 53101 | | $0.00 | | $20,000.00 |
| 47.22 · | 2022 Utility Trailer 3UTVS253XN8731019<br>12,457 mh<br>Unit 53102 | | $0.00 | | $22,000.00 |
| 47.23 · | 2022 Great Dane Trailer<br>1GR1A0026NW404733<br>14,844 mh<br>Unit 53103 | | $0.00 | | $20,000.00 |
| 47.24 · | 2022 Great Dane Trailer<br>1GR1A0624NW404732<br>8,540 mh<br>Unit 53104 | | $0.00 | | $21,000.00 |
| 47.25 · | 2023 Wabash Nation Corp Trailer<br>1JJV532B4PL317643<br>8,729 mh<br>Unit 53105 | | $0.00 | | $34,000.00 |
| 47.26 · | 2023 Wabash Nation Corp Trailer<br>1JJV532B0PL317591<br>10,657 mh<br>Unit 53107 | | $0.00 | | $30,000.00 |
| 47.27 · | 2023 Wabash Nation Corp Trailer<br>1JJV532B6PL317644<br>11,467 mh<br>Unit 53109 | | $0.00 | | $32,000.00 |

| Debtor | Jersey Auto Trans LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.28 · | 2023 Great Dane Trailer<br>1GR1A0624PW436065<br>8,743 mh<br>Unit 53110 | $0.00 | $34,000.00 |
| 47.29 · | 2023 Great Dane Trailer<br>1GR1A062XPW436068<br>9,993 mh<br>Unit 53111 | $0.00 | $33,000.00 |
| 47.30 · | 2023 Great Dane Trailer<br>1GR1A0626PW436066<br>11,030 mh<br>Unit 53112 | $0.00 | $32,000.00 |
| 47.31 · | 2023 Great Dane Trailer<br>1GR1A0628PW436067<br>10,258 mh<br>Unit 53113 | $0.00 | $33,000.00 |
| 47.32 · | 2023 Wabash Nation Corp Trailer<br>1JJV532B2PL317592<br>9,874 mh<br>Unit 53114 | $0.00 | $33,000.00 |
| 47.33 · | 2023 Wabash Nation Corp Trailer<br>1JJV532BXPL317646<br>10,369 mh<br>Unit 53115 | $0.00 | $33,000.00 |
| 47.34 · | 2023 Utility Trailer 1UYVS2533P6793804<br>11,450 mh<br>Unit 53116 | $0.00 | $32,000.00 |
| 47.35 · | 2023 Utility Trailer 1UYVS2531P6793803<br>9,048 mh<br>Unit 53117 | $0.00 | $34,000.00 |
| 47.36 · | 2024 Great Dane Trailer<br>1GR1A0623RW615099<br>7,458 mh<br>Unit 53118 | $0.00 | $42,000.00 |
| 47.37 · | 2006 Ford LCF Camper<br>3FRML55Z36V288208<br>95,000 miles | $0.00 | $3,500.00 |
| 47.38 · | 2023 Volvo Truck #4V4NC9EJ1PN625091<br>401,349 miles<br>Unit 119 | $0.00 | $52,000.00 |

| Debtor | Jersey Auto Trans LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

    48.1.  3 40 High Cube Containers        $0.00        $3,000.00

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.   Copy the total to line 87.        $1,233,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

    ☒ No.   Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.   Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.   Go to Part 12.
    ☒ Yes Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Jersey Auto Trans LLC
          _____          Case number *(If known)* _____
          Name

Contents of Storage Container including power washer and
air compressor                                                                              $3,000.00
_____          _____

Thermo king SG4000 generator
not in operation                                                                            $1,000.00
_____          _____

Thermo King SG4000 generator                                                                $3,000.00
_____          _____

78.    **Total of Part 11.**                                                      | $7,000.00 |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor      Jersey Auto Trans LLC
_____     Case number *(If known)* _____
            Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,913.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $108,250.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $26,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,995.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,233,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $7,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,386,158.62 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,386,158.62 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Jersey Auto Trans LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY, NEWARK DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Blue Bridge

Creditor's Name

11921 Freedom Drive
Suite 1130
Reston, VA 20190

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/10/23

**Last 4 digits of account number**
3839

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2024 Great Dane Trailer
1GR1A0623RW6150997,458 mhUnit 53118

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $60,166.95    Value of collateral: $42,000.00

**2.2** BMO Harris

Creditor's Name

PO Box 3040
Cedar Rapids, IA 52406

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2022 Volvo Truck
4V4NC9EJ8NN319079519,295 milesUnit 111

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $89,709.86    Value of collateral: $32,000.00

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Jersey Auto Trans LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | **BMO Harris** | **Describe debtor's property that is subject to a lien** | $97,101.50 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

2023 Volvo Truck
4V4NC9EH6PN319050556,411 milesUnit 112

PO Box 3040
Cedar Rapids, IA 52406

Creditor's mailing address

**Describe the lien**

Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
5/1/22

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Compass Funding Solutions LLC** | **Describe debtor's property that is subject to a lien** | Unknown | $26,000.00 |
|---|---|---|---|---|

Creditor's Name

Accounts receivable 3.5% unpaid receivables

450 W 55th St
Suite 200
La Grange, IL 60525

Creditor's mailing address

**Describe the lien**

Factoring Company

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **De Lage Landen Financial Services** | **Describe debtor's property that is subject to a lien** | $141,609.33 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

2023 Volvo Truck
4V4NC9EJXPN625090414,089 milesUnit 118

1111 Old Eagle School Road
Wayne, PA 19087

Creditor's mailing address

**Describe the lien**

Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
1/6/23

**Last 4 digits of account number**
7505

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | Jersey Auto Trans LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | De Lage Landen Financial Services | | $147,603.73 | $58,000.00 |
|---|---|---|---|---|

Creditor's Name

1111 Old Eagle School Road
Wayne, PA 19087

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/20/23

**Last 4 digits of account number**
0483

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2023 Volvo Truck
4V4NC9EJ1PN628217410,880 milesUnit 120

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | De Lage Landen Financial Services | | $153,427.48 | $65,000.00 |
|---|---|---|---|---|

Creditor's Name

1111 Old Eagle School Road
Wayne, PA 19087

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
5/15/23

**Last 4 digits of account number**
0231

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2024 Volvo Truck
4V4NC9EJ8RN634907364,676 milesUnit 121

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | De Lage Landen Financial Services, Inc. | | $191,050.33 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

1111 Old Eagle School Rd
Wayne, PA 19087

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
2024 Volvo Truck
4V4NC9EJ6RN645856266,837 milesUnit 124

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**

---

| Debtor | Jersey Auto Trans LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/15/2023
**Last 4 digits of account number**
2635

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | De Lage Landen Financial Services, Inc. | | $71,782.25 | $32,000.00 |
|---|---|---|---|---|

Creditor's Name

1111 Old Eagle School Road
Wayne, PA 19087

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/15/22
**Last 4 digits of account number**
9214
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2023 Great Dane Trailer
1GR1A0626PW43606611,030 mhUnit 53112

**Describe the lien**
Security interest
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | De Lage Landen Fnancial Services, Inc. | | $71,782.24 | $33,000.00 |
|---|---|---|---|---|

Creditor's Name

1111 Old Eagle School Rd
Wayne, PA 19087-1453

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2023 Great Dane Trailer
1GR1A0628PW43606710,258 mhUnit 53113

**Describe the lien**
Security Interest
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | De Lage Landen Fnancial Services, Inc. | | $153,427.49 | $63,000.00 |
|---|---|---|---|---|

Creditor's Name

1111 Old Eagle School Rd
Wayne, PA 19087-1453

**Describe debtor's property that is subject to a lien**
2024 Volvo Truck
4V4NC9EJXRN634908386,631 milesUnit 122

---

| Debtor | Jersey Auto Trans LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | Secured Personal Loan |
| | **Is the creditor an insider or related party?** |
| | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | De Lage Landen Fnancial Services, Inc. | **Describe debtor's property that is subject to a lien** | $153,427.50 | $62,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2024 Volvo Truck | | |
| | 1111 Old Eagle School Rd Wayne, PA 19087-1453 | 4V4NC9EJ1RN634909411,424 milesUnit 123 | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Security Interest | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☒ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | De Lage Landen Fnancial Services, Inc. | **Describe debtor's property that is subject to a lien** | $191,050.32 | $72,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2024 Volvo Truck | | |
| | 1111 Old Eagle School Rd Wayne, PA 19087-1453 | 4V4NC9EJ8RN645857296,948 milesUnit 125 | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | Security Interest | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☒ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Jersey Auto Trans LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.1 4 | De Lage Landen Fnancial Services, Inc. | Describe debtor's property that is subject to a lien | $141,603.33 | $52,000.00 |
|---|---|---|---|---|

Creditor's Name

2023 Volvo Truck
#4V4NC9EJ1PN625091401,349 milesUnit 119

1111 Old Eagle School Rd
Wayne, PA 19087-1453

Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | Financial Pacific | Describe debtor's property that is subject to a lien | $60,785.64 | $33,000.00 |
|---|---|---|---|---|

Creditor's Name

2023 Wabash Nation Corp Trailer
1JJV532B2PL3175929,874 mhUnit 53114

3455 S. 344th Way #300
Auburn, WA 98001

Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2/6/23

**Last 4 digits of account number**
1301

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | Financial Pacific Leasing | Describe debtor's property that is subject to a lien | $60,758.64 | $33,000.00 |
|---|---|---|---|---|

Creditor's Name

2023 Wabash Nation Corp Trailer
1JJV532BXPL31764610,369 mhUnit 53115

3455 S 344th Way Ste 300
Federal Way, WA
98001-9546

Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | Jersey Auto Trans LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | First Citizen Bank | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**
2017 MAC Truck
Vin#1M1AW02Y2HM083909389,374 milesUnit 001

Creditor's Name

10201 Centurion Parkway N
Jacksonville, FL 32256

$9,734.85        $15,000.00

Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | First Citizens Bank | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**
2023 Volvo Truck
4V4NC9EH3PN319054527,890 milesUnit 113

Creditor's Name

10201 Centurion Parkway N
Jacksonville, FL 32256

$91,306.18        $38,000.00

Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
6/1/22

**Last 4 digits of account number**
0001

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | Gulf Coast Bank & Trust Company | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**
2022 Utility Trailer 3UTVS253XN873101912,457 mhUnit 53102

Creditor's Name

200 St. Charles Ave
New Orleans, LA 70130

$30,961.67        $22,000.00

Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | Jersey Auto Trans LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
2000

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | Gulf Coast Bank & Trust Company | **Describe debtor's property that is subject to a lien** | $31,426.06 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

200 St. charles Ave
New Orleans, LA 70130

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/9/21

**Last 4 digits of account number**
2190

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

2022 Utility Trailer 1UYVS2538N669421513,590 mhUnit 53101

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | Gulf Coast Bank & Trust Company | **Describe debtor's property that is subject to a lien** | $65,736.67 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

200 St. Charles AVe
New Orleans, LA 70130

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/27/22

**Last 4 digits of account number**
2440

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

2023 Wabash Nation Corp Trailer 1JJV532B0PL31759110,657 mhUnit 53107

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | Gulf Coast Bank & Trust Company | **Describe debtor's property that is subject to a lien** | $68,001.52 | $33,000.00 |
|---|---|---|---|---|

Creditor's Name

200 St. Charles Ave
New Orleans, LA 70130

2023 Great Dane Trailer 1GR1A062XPW4360689,993 mhUnit 53111

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Jersey Auto Trans LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
10/11/22
**Last 4 digits of account number**
2550
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | Gulf Coast Bank & Trust Company | **Describe debtor's property that is subject to a lien**<br>2023 Utility Trailer 1UYVS2531P67938039,048 mhUnit 53117 | $78,240.10 | $34,000.00 |
|---|---|---|---|---|

Creditor's Name

200 St. Charles Ave
New Orleans, LA 70130

Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2/23/23
**Last 4 digits of account number**
2610
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | Mitsubishi HC Capital America | **Describe debtor's property that is subject to a lien**<br>2022 Volvo 4V4NC9EH0NN287631634,233 milesUnit 116 | $29,371.31 | $24,500.00 |
|---|---|---|---|---|

Creditor's Name
1 Pierce Place
Suite 1100
Itasca, IL 60143

Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
8/15/22
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   Jersey Auto Trans LLC                                          Case number (if known)
_____           _____
Name

| 2.2 5 | Signature Finance/Flagstar Financial | Describe debtor's property that is subject to a lien | $22,542.00 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

100 Duffy Ave
Suite 202
Hicksville, NY 11801

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/29/21
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2022 Great Dane Trailer
1GR1A0026NW40473314,844 mhUnit 53103

**Describe the lien**
Security Interest
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | Signature Finance/Flagstar Financial | Describe debtor's property that is subject to a lien | $26,350.00 | $11,500.00 |
|---|---|---|---|---|

Creditor's Name

100 Duffy Ave
Suite 402
Hicksville, NY 11801

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
12/9/20
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2018 Volvo Truck
4V4NC9EH6JN885698710,186 milesUnit 110

**Describe the lien**
Security Interest
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | Signature Finance/Flagstar Financial | Describe debtor's property that is subject to a lien | $47,659.92 | $32,000.00 |
|---|---|---|---|---|

Creditor's Name

100 Duffy Ave
Suite 402
Hicksville, NY 11801

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/28/22
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2023 Wabash Nation Corp Trailer
1JJV532B6PL31764411,467 mhUnit 53109

**Describe the lien**
Security Interest
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Jersey Auto Trans LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.28 | Signature Finance/Flagstar Financial | **Describe debtor's property that is subject to a lien** | $56,799.38 | $32,000.00 |
|---|---|---|---|---|

**Creditor's Name**
100 Duffy Ave
Suite 402
Hicksville, NY 11801

**Describe debtor's property that is subject to a lien**
2023 Utility Trailer 1UYVS2533P679380411,450
mhUnit 53116

Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2/23/23
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.29 | Signature Financial/Flagstar | **Describe debtor's property that is subject to a lien** | $22,542.00 | $21,000.00 |
|---|---|---|---|---|

**Creditor's Name**
100 Duffy Ave
Suite 202
Hicksville, NY 11801

**Describe debtor's property that is subject to a lien**
2022 Great Dane Trailer
1GR1A0624NW4047328,540 mhUnit 53104

Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | Trans Lease Inc | **Describe debtor's property that is subject to a lien** | $77,777.15 | $22,000.00 |
|---|---|---|---|---|

**Creditor's Name**

1400 W 62nd Ave
Denver, CO 80221

**Describe debtor's property that is subject to a lien**
2021 Volvo Truck
4V4NC9EH2MN271929679,692 milesUnit 114

Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Jersey Auto Trans LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
7/5/22

**Last 4 digits of account number**
6002

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | Trans Lease, Inc. | **Describe debtor's property that is subject to a lien** | $77,777.15 | $22,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2021 Volvo Truck 4V4NC9EH9MN236529703,456 milesUnit 115 | | |

1400 W 62nd Ave
Denver, CO 80221
Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | Unifi Equipment Finance Inc. | **Describe debtor's property that is subject to a lien** | $38,053.73 | $34,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2023 Great Dane Trailer 1GR1A0624PW4360658,743 mhUnit 53110 | | |

PO Box 1689
Ann Arbor, MI 48106
Creditor's mailing address

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/15/22

**Last 4 digits of account number**
0002

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $2,559,566.28 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Jersey Auto Trans LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Chiesa Shahinian & Giantomasi<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Line _2.28_ | |
| Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Line _2.25_ | |
| Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Line _2.26_ | |
| Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Line _2.27_ | |
| Chiesa Shahinian Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Line _2.29_ | |
| First Corporate Solutions<br>914 S Street<br>Sacramento, CA 95811 | Line _2.4_ | |
| Fox Rothschild LLP<br>747 Constitution Drive<br>Suite 100<br>Exton, PA 19341 | Line _2.7_ | |
| Fox Rothschild LLP<br>747 Constitution Drive<br>Suite 100<br>Exton, PA 19341 | Line _2.8_ | |
| Fox Rothschild, LLP<br>2000 Market St Fl 20<br>Philadelphia, PA 19103-3222 | Line _2.5_ | |
| Fox Rothschild, LLP<br>747 Constitution Drive<br>Suite 100<br>Exton, PA 19341 | Line _2.9_ | |
| Fox Rothschild, LLP<br>2000 Market St Fl 20<br>Philadelphia, PA 19103-3222 | Line _2.10_ | |
| Saldutti Law Group<br>1040 N. Kings Highway, Ste. 100<br>Cherry Hill, NJ 08034 | Line _2.20_ | |
| Saldutti Law Group<br>1040 N. Kings Highway, Ste. 100<br>Cherry Hill, NJ 08034 | Line _2.21_ | |
| Saldutti Law Group<br>1040 N. Kings Highway, Ste. 100<br>Cherry Hill, NJ 08034 | Line _2.22_ | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Jersey Auto Trans LLC | Case number (if known) | |
|--------|----------------------|------------------------|---|
| | Name | | |

Saldutti Law Group
1040 N. Kings Highway, Ste. 100
Cherry Hill, NJ 08034

Line  2.23

**Fill in this information to identify the case:**

Debtor name _Jersey Auto Trans LLC_

United States Bankruptcy Court for the: _DISTRICT OF NEW JERSEY, NEWARK DIVISION_

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,000.00 | $17,000.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>2024 Payroll Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>American Express<br>PO Box 981535<br>El Paso, TX 79998 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,108.89 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _1005_ | Basis for the claim: _Credit card purchases_<br>Is the claim subject to offset? ☒ No  ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address<br>Bestpass by Fleetworthy<br>500 New Karner Rd<br>Albany, NY 12205 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,525.72 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _6842_ | Basis for the claim: _Trade debt_<br>Is the claim subject to offset? ☒ No  ☐ Yes | |
| **3.3** | Nonpriority creditor's name and mailing address<br>Capital One<br>PO Box 981600<br>Boston, MA 00298 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,684.02 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _2336_ | Basis for the claim: _Credit card purchases_<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | Jersey Auto Trans LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,527.82 |
|---|---|---|---|
| | Capital One Quicksilver<br>PO Box 981600<br>Boston, MA 02298 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Credit card purchases | |
| | **Last 4 digits of account number** 7692 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,587.34 |
|---|---|---|---|
| | Home Depot Credit Services<br>PO Box 70600<br>Philadelphia, PA 19176 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Credit card purchases | |
| | **Last 4 digits of account number** 0364 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,384.22 |
|---|---|---|---|
| | PNC Bank<br>500 First Ave<br>Pittsburgh, PA 15219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Line of Credit | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 17,000.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 122,818.01 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 139,818.01 |

**Fill in this information to identify the case:**

Debtor name ___Jersey Auto Trans LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY, NEWARK DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
      ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2020 Frght Tandem Axle Sleeper | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Eagle Logistics LLC<br>25 Continental Road<br>Wayne, NJ 07470 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 1028 CIMC | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Hale Trailer - Voorhees<br>76 Cooper Rd<br>Voorhees, NJ 08043 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2018 CIMC | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Hale Trailer - Vorhees<br>76 Cooper Road<br>Voorhees, NJ 08043 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2018 Cheetah | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Hale Trailer-Voorhees<br>76 Cooper Road<br>Voorhees, NJ 08043 |

Debtor 1   Jersey Auto Trans LLC _____    Case number (*if known*) _____
     First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Office 489 Getty Ave., Clifton | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Landlord for Office |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Parking - 20 Richards Lane, Newark, NJ | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Landlord for Parking |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Georgia Parking | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Landlord for parking in Georgia |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2020 Cascadia Tandem Axle Sleeper | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | My Trucking Inc. 36 Myrtle Ave Clifton, NJ 07014 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2025 Volvo Tandem Axle Sleeper | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | My Trucking Inc. 36 Myrtle Ave Clifton, NJ 07014 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    Jersey Auto Trans LLC                                                    Case number *(if known)*  _____
            First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2024 Volvo Tandem Axle Sleeper | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | My Trucking Inc. 36 Myrtle Ave Clifton, NJ 07014 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2020 Volvo Tandem Axle Sleeper | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | My Trucking Inc. 36 Myrtle Ave Clifton, NJ 07014 |

**Fill in this information to identify the case:**

Debtor name ___Jersey Auto Trans LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY, NEWARK DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br><br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br><br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br><br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br><br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Jersey Auto Trans LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY, NEWARK DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $6,471,004.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | Jersey Auto Trans LLC | Case number *(if known)* | |
|---|---|---|---|

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Gulf Coast Bank & Trust Co., v Jersey Auto Trans and Ali M. Tatarkulov CAM-L-3293-25 | Civil | | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.2. De Lage Landen Financial v. Jersey Auto Trans, LLC 2026-00260-CT | Civil Action | Chester County Court of Common Pleas | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.3. Flagstar Financial & Leasing, LLC v. Jersey Auto Trans Limited Liability Company et al. UNN-L-392-26 | Civil | | ☒ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Eddie Tolete | Gfit | | $1,000.00 |
| Recipients relationship to debtor | | | |

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Jersey Auto Trans LLC _____    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| 2017 Great Dane Trailer 1GRAA0622HW109553 | $78,000.00 plus $20,000.00 | 12/4/25 | $88,000.00 |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Norgaard O'Boyle & Hannon 184 Grand Avenue Englewood, NJ 07631 | | | $29,000.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Valirii Botashw | 2018 Volvo Truck | 5/27/25 | $35,000.00 |
| **Relationship to debtor** | | | |
| 13.2. WR Express LLC | 2017 Great Dane Trailer | 9/25 | $20,000.00 |
| **Relationship to debtor** | | | |

| Debtor | Jersey Auto Trans LLC | Case number *(if known)* | |
|---|---|---|---|

---

**Part 7:**  **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 600 Getty Ave Clifton, NJ 07013 | |

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | TD Bank | XXXX-7151 | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 11/25 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor    Jersey Auto Trans LLC _____    Case number *(if known)* _____

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Debtor | Jersey Auto Trans LLC | Case number *(if known)* | |
|---|---|---|---|

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   AIC Business Services<br>600 Getty Avenue 217<br>Clifton, NJ 07011 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ali Tatarkulov | 69 Greentree Road<br>Clifton, NJ 07013 | President | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor      Jersey Auto Trans LLC _____    Case number *(if known)* _____

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____February 11, 2026____

/s/   Ali Tatarkulov _____          Ali Tatarkulov _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Jersey, Newark Division

In re    Jersey Auto Trans LLC                            Case No. _____

                                       Debtor(s)         Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ali Tatarkulov<br>69 Greentree Rd<br>Clifton, NJ 07013 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date     February 11, 2026                  Signature    /s/ Ali Tatarkulov
                                                            Ali Tatarkulov

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of New Jersey, Newark Division

In re    Jersey Auto Trans LLC                                     Case No.

                                        Debtor(s)                      Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept .......................................................   $ _____

Prior to the filing of this statement I have received .......................................   $ _____

Balance Due .................................................................................................   $ _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of...........................   $            29,000.00

The undersigned shall bill against the retainer at an hourly rate of...............................   $            425.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February 11, 2026                                /s/ Brian G Hannon

*Date*                                                Brian G Hannon
                                                  *Signature of Attorney*
                                                  Norgaard OBoyle Hannon
                                                  184 Grand Avenue
                                                  Englewood, NJ 07631
                                                  (201) 871-1333   Fax: (201) 871-3161
                                                  bhannon@norgaardfirm.com
                                                  *Name of law firm*

# United States Bankruptcy Court
### District of New Jersey, Newark Division

In re    Jersey Auto Trans LLC                                    Case No.

                                   Debtor(s)               Chapter     11

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:     February 11, 2026                          /s/  Ali Tatarkulov

                                                    Ali Tatarkulov/Member
                                                      Signer/Title

American Express
PO Box 981535
El Paso, TX 79998


Bestpass by Fleetworthy
500 New Karner Rd
Albany, NY 12205


Blue Bridge
11921 Freedom Drive
Suite 1130
Reston, VA 20190


BMO Harris
PO Box 3040
Cedar Rapids, IA 52406


Capital One
PO Box 981600
Boston, MA 00298


Capital One Quicksilver
PO Box 981600
Boston, MA 02298


Chiesa Shahinian & Giantomasi
105 Eisenhower Parkway
Roseland, NJ 07068


Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068


Chiesa Shahinian Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068


Compass Funding Solutions LLC
450 W 55th St
Suite 200
La Grange, IL 60525


De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd
Wayne, PA 19087


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

De Lage Landen Fnancial Services, Inc.
1111 Old Eagle School Rd
Wayne, PA 19087-1453


Eagle Logistics LLC
25 Continental Road
Wayne, NJ 07470


Financial Pacific
3455 S. 344th Way #300
Auburn, WA 98001


Financial Pacific Leasing
3455 S 344th Way Ste 300
Federal Way, WA 98001-9546


First Citizen Bank
10201 Centurion Parkway N
Jacksonville, FL 32256


First Citizens Bank
10201 Centurion Parkway N
Jacksonville, FL 32256


First Corporate Solutions
914 S Street
Sacramento, CA 95811


Fox Rothschild LLP
747 Constitution Drive
Suite 100
Exton, PA 19341


Fox Rothschild, LLP
2000 Market St Fl 20
Philadelphia, PA 19103-3222


Fox Rothschild, LLP
747 Constitution Drive
Suite 100
Exton, PA 19341


Gulf Coast Bank & Trust Company
200 St. Charles Ave
New Orleans, LA 70130


Gulf Coast Bank & Trust Company
200 St. charles Ave
New Orleans, LA 70130


Gulf Coast Bank & Trust Company
200 St. Charles AVe
New Orleans, LA 70130

Hale Trailer-Voorhees
76 Cooper Road
Voorhees, NJ 08043


Home Depot Credit Services
PO Box 70600
Philadelphia, PA 19176


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Mitsubishi HC Capital America
1 Pierce Place
Suite 1100
Itasca, IL 60143


My Trucking Inc.
36 Myrtle Ave
Clifton, NJ 07014


PNC Bank
500 First Ave
Pittsburgh, PA 15219


Saldutti Law Group
1040 N. Kings Highway, Ste. 100
Cherry Hill, NJ 08034


Signature Finance/Flagstar Financial
100 Duffy Ave
Suite 402
Hicksville, NY 11801


Signature Finance/Flagstar Financial
100 Duffy Ave
Suite 202
Hicksville, NY 11801


Signature Financial/Flagstar
100 Duffy Ave
Suite 202
Hicksville, NY 11801


Trans Lease Inc
1400 W 62nd Ave
Denver, CO 80221


Trans Lease, Inc.
1400 W 62nd Ave
Denver, CO 80221


Unifi Equipment Finance Inc.
PO Box 1689
Ann Arbor, MI 48106

# United States Bankruptcy Court
## District of New Jersey, Newark Division

In re    Jersey Auto Trans LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Jersey Auto Trans LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

February 11, 2026

Date

/s/ Brian G Hannon

Brian G Hannon
Signature of Attorney or Litigant
Counsel for   Jersey Auto Trans LLC
Norgaard OBoyle Hannon
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333  Fax:(201) 871-3161
bhannon@norgaardfirm.com